IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/12/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

| | |
|---|---|
| TONY LEE BROWN, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 6:24CV00029 |
| BRIAN KNOWLES, | ) |
|     Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, by counsel and pursuant to 28 U.S.C. §§ 1441, 1446, and 1331, files this Notice of Removal and removes this civil action (CL24000484-00) to this Court from the Circuit Court for City of Lynchburg, Virginia. In support of this Notice, Defendant states:

1. Plaintiff filed his Complaint against the Defendant in the Circuit Court for City of Lynchburg, asserting claims pursuant to 42 U.S.C. § 1983. Removal is appropriate under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331. Defendant is filing copies of all process, pleadings, and orders served on him in this action, as required by 28 U.S.C. § 1446(a).

2. This Notice is filed within 30 days of receipt of the Complaint by Defendant, pursuant to 28 U.S.C. § 1446(b).

3. Defendant has given notice of the filing of this Notice to Plaintiff and to the Circuit Court for the City of Lynchburg.

4. This Court embraces the place where the state court action is pending.

BRIAN KNOWLES

By: /s/ John R. Fitzgerald
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: JohnF@guynnwaddell.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following:

Tony Lee Brown
Inmate # 10001076
Blue Ridge Regional Jail – Lynchburg
P.O. Box 6018
Lynchburg, VA 24505
*Plaintiff pro se*

/s/ John R. Fitzgerald
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: JohnF@guynnwaddell.com
*Counsel for Defendant*