CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/5/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| **TONY LEE BROWN,** | |
|     Plaintiff, | Civil Action No. 6:24cv00029 |
| | |
| | **ORDER** |
| v. | |
| | By: Norman K. Moon |
| **BRYCE KNOWLES,** | United States District Judge |
|     Defendant. | |

In accordance with the memorandum opinion entered this day, it is hereby ORDERED defendant's motion to dismiss (Dkt. No. 5) is GRANTED, and this matter is DISMISSED WITHOUT PREJUDICE for failure to state a claim. The clerk is directed to STRIKE this matter from the active docket of this court.

If plaintiff believes he can remedy the deficiencies noted by the court and if he so chooses, he may file a motion to reopen the case, along with an amended complaint asserting only a Fourth Amendment excessive force claim, only against proper defendants, within 30 days of the entry of this order. Any amended complaint he files must be a new pleading, complete in all respects, which stands by itself without reference to any earlier filed-complaint, documents, or attachments.

The clerk shall send copies of this order and the accompanying memorandum opinion to plaintiff and to counsel for defendants. The clerk shall also send a blank complaint form to plaintiff that he may use to file an amended complaint if he chooses to file one.

**ENTER:** This 5th day of February, 2025.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE